Barry J. WEATHERSPOON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41998.

Missouri Court of Appeals,
Western District.

April 3, 1990.

Daniel C. Miller, Sp. Public Defender, Gerald F. McGonagle, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

### ORDER

PER CURIAM

Movant appeals from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).